# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| LUV N CARE LTD. | * | CIVIL ACTION NO. 16-641 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| S C PRODUCTS INC ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Defendants' motion to transfer pursuant to the first-to-file rule, [Doc. No. 13], is GRANTED, and the instant matter is hereby transferred to the Western District of Missouri.

The court declines to rule on Defendants' motion to transfer pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), and Defendants' motion to dismiss for improper venue and lack of personal jurisdiction pursuant FED. R. CIV. P. 12(b)(2) and (3).

THUS DONE AND SIGNED in Chambers, this 15th day of May, 2017, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE